PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN L. ANDERSON,<br><br>　　　　Defendant. | CASE NO. 1:19-cr-00115-ADA-SKO |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN L. ANDERSON,<br><br>　　　　Defendant. | CASE NO. 1:23-cr-00150-JLT-SKO<br><br>**JOINT STATUS REPORT/STIPULATION FOR INITIAL APPEARANCE/ARRAIGNMENT ON INDICTMENT; ORDER**<br><br>DATE: AUGUST 3, 2023<br>TIME: 2:00 PM<br>COURT: HON. BARBARA A. MCAULIFFE |

　　　　The United States of America, through its undersigned counsel, Assistant United States Attorney Jeffrey A. Spivak, and defendant, by and through defendant's counsel of record, hereby submit this joint status report and stipulation.

BACKGROUND

　　　　Defendant is set for status conference in his supervised release case (1:19-cr-115-ADA-SKO) on August 3, 2023 at 2:00 pm before the Hon. Barbara A. McAuliffe.

　　　　On Thursday, July 27, 20223, the grand jury returned an indictment against Defendant (1:23-cr-00150-JLT-SKO).

STIPULATION FOR INITIAL
APPEARANCE/ARRAIGNMENT; ORDER

1

The two cases are related under the local rules, and the government has filed a notice of related cases.

## STIPULATION

The parties stipulate and request that the Court set an initial appearance/arraignment on the Indictment (1:23-cr-00150-JLT-SKO), on August 3, 2023 at 2:00 pm. The Defendant intends to plead not guilty to the indictment and continue in his denial on the supervised release matter, and ask for a status conference.

Dated: August 1, 2023

PHILLIP A. TALBERT
United States Attorney

By:  /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: August 1, 2023

/s/ Monica Bermudez
Monica Bermudez
Attorney at Law
Counsel for Defendant
Justin L. Anderson

## ORDER

IT IS SO ORDERED that an arraignment on the indictment be set for **August 3, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe** in case number 1:23-cr-00150-JLT-SKO. The status conference set on August 3, 2023, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe shall remain set in case number 1:19-cr-115-ADA-SKO.

IT IS SO ORDERED.

Dated:  **August 2, 2023**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE