HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUSTIN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUSTIN ANDERSON, <br><br> Defendant. | Case Nos. 1:23-cr-00150-JLT-SKO <br> 1:19-cr-00115-JLT-SKO <br><br> STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant JUSTIN ANDERSON, that the Court may continue the sentencing hearing from April 28, 2025 to May 19, 2025.

The requested continuance is necessary for the defense to complete its investigation pertaining to sentencing, as defense counsel was only recently assigned to this case for the sentencing phase of the proceedings.  Counsel for the government and Probation have no objection to the requested change of date.

As this is a sentencing hearing, no exclusion of time is necessary.

///

///

///

                Respectfully submitted,

                MICHELE BECKWITH
                Acting United States Attorney

Date: April 9, 2025        */s/ Jeffrey Spivak*
                JEFFREY SPIVAK
                Assistant United States Attorney
                Attorney for Plaintiff


                HEATHER E. WILLIAMS
                Federal Defender

Date: April 9, 2025        */s/ Christina M. Corcoran*
                CHRISTINA M. CORCORAN
                Assistant Federal Defender
                Attorney for Defendant
                JUSTIN ANDERSON

## **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the sentencing hearing currently scheduled for April 28, 2025, to May 19, 2025.

IT IS SO ORDERED.

Dated:  **April 10, 2025**                _____
                                        UNITED STATES DISTRICT JUDGE

Anderson / Stipulation and Proposed Order